IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08CV602-C

| | |
|---|---|
| JOSEPH STRASZHEIM, ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | **O R D E R** |
| ) | |
| GERDAU AMERISTEEL US, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendants' "Application[s] for Admission to Practice Pro Hac Vice [for Julie Elizabeth Jordan and Gavin Stone Appleby]" (documents ##3-4) filed February 25, 2009. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: February 25, 2009

_____
Carl Horn, III
United States Magistrate Judge