**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08CV602-C**

| | | |
|---|---|---|
| **JOSEPH STRASZHEIM,** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **GERDAU AMERISTEEL US, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendants' "Application[s] for Admission to Practice Pro Hac Vice [for Julie Elizabeth Jordan and Gavin Stone Appleby]" (documents ##3-4) filed February 25, 2009. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: February 25, 2009

Carl Horn, III
United States Magistrate Judge